IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AL'S FAMILY AUTOMOTIVE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| RICK BENNETT, | : | |
| a/k/a William Richard Bennett, Sr. | : | No. 11-6237 |

## ORDER

AND NOW, this 24th day of January, 2012, upon consideration of the motion of Rick Bennett, counterclaim-plaintiff, to transfer venue to the U.S. District Court for the District of Delaware and the memorandum in support of the motion, it is **ORDERED** that the motion to transfer venue (paper no. 3) is **GRANTED**. The action shall be transferred to the U.S. District Court for the District of Delaware, where the action can be referred to the U.S. Bankruptcy Court for the District of Delaware under 28 U.S.C. § 157(a).

/s/ Norma L. Shapiro
_____
J.